# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:  CASE NO: 1−19−01020−cec

WILMINGTON PT CORPORATION v. U.S. BANK NATIONAL ASSOCIATION

DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 6/4/19 was filed on 6/23/19.

The following deadlines apply:

The parties have until July 1, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is July 15, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due July 24, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is September 23, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Compuscribe at 8003001012 or you may view the document at the public terminal at the Office of the Clerk.

Dated: June 24, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17